**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER R. SNOW, | Case No: 5:20-CV-01519-AS |
| Plaintiff | **[PROPOSED] JUDGMENT** |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: May 25, 2021      / s / Sagar

THE HONORABLE ALKA SAGAR
United States Magistrate Judge

-1-